UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED SEP 22 2025 U.S.D.C. W.P.

Charles Bernard Starke Junior (pro se)

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

See Attached

Rockland County, Louis Falco II (personal capacity), Sgt. Thomas Walsh (personal capacity), Kevin Musso (personal capacity), Officer Allisondrinni (personal capacity), Lt Falco (personal capacity), Pshcy Eval Jane Doe and John Doe (personal capacity)

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.



Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

4th Amendment Right Against unlawful Seizure, 1st Amendment right to Redress grievances
18 USC 241, 242, 245, 514, 1503, 2346
42 USC 2000(dd)
8th Amendment excessive fine, 6th Amendment, 9th Amendment, 10th Amendment, 14th

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, ~~Rockland County Louis Falco~~ C.S. (personal capacity) et al, is a citizen of the State of
C.S.
~~New Yo~~
(Defendant's name)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Charles / Bernard / Starke Junior
First Name / Middle Initial / Last Name

53 Hempstead Road, New (C.S.) City, NY 10956
Street Address

Rockland / New City / New York / 10956
County, City / State / Zip Code

(650) 209-0526
Telephone Number                    Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: Rockland
Last Name: County
Current Job Title (or other identifying information): Corporate Municipality
Current Work Address (or other address where defendant may be served): 11 New Hempstead Road
County, City: Rockland New City
State: New York
Zip Code: 10956

Defendant 2:
First Name: Kevin F
Last Name: Russo (Personal Capacity)
Current Job Title (or other identifying information): Judge/Administrator/Public Servant
Current Work Address (or other address where defendant may be served): 11 New Hempstead Road
County, City: Rockland New City
State: NY
Zip Code: 10956

Defendant 3:
First Name: Thomas
Last Name: Walsh (Personal Capacity)
Current Job Title (or other identifying information): District Attorney/Public Servant/Officer of the Court
Current Work Address (or other address where defendant may be served): 11 New Hempstead Road
County, City: Rockland New City
State: NY
Zip Code: 10956

Defendant 4: Louis Falco (personal capacity)
First Name    Last Name

Lt Rockland County Sheriff Dept
Current Job Title (or other identifying information)

53 Hempstead Road
Current Work Address (or other address where defendant may be served)

Rockland New City          NY          10956
County, City              State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Rockland County Courthouse, Rockland County Jail

Date(s) of occurrence: March 24th 2025, June 10th 2025, July 9th 2025

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Rockland County failed to properly train its employees (Monell Claim) Also has practices and patterns that are unconstitutional for due process deprivations Sheriff Louis Falco III also (PC) as a final decision maker and policy maker Approved unconstitutional practices such as due process deprivations (14th Amend) (personal capacity) Kelvin Sloven unlawfully Arrested me for filming in a courthouse and Lied on his police report and Lied in his grand Jury testimony that caused unlawful Search, Seizure and detainment (4th Amendment violations) this has caused Intentional Infliction of mental Anguish (8th Amendment) tort torture (18 USC 2340) Cruel Punishment (8th Amendment) Lt Luis Falco (personal capacity) without my consent took $25.00 from my Trust Account because I wanted to contest a grievance denial which violates the Electronic Funds Transfer Act and 8th Amendment excessive fines (Timbs vs Indiana) and is a tactic to chill speech as well as my 1st Amendment Right to Redress grievances with my government

Page 5

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 9/9/25

Plaintiff's Signature: Charles Bernal Starke Junior

First Name: Charles
Middle Initial: Bernard
Last Name: Starke Junior

Street Address: 53 Hempstead Place
County, City: Rockland, New City
State: New York
Zip Code: 10956

Telephone Number: (650) 209-0526
Email Address (if available): Cbsplus4@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

And 18 USC 242, 245, 514, 2340, 1503, 1001 And 42 USC (1)(5) 2000 (dd). Kevin Russo (personal capacity) entered a not guilty plea without my consent violating my 5th Amendment Right to remain silent, he also violated his Oath of Office (28 USC § 453) as well as practicing law from the bench (28 USC § 1654) Thomas Walsh allowed prosecution/indictment with known perjured testimony contained in grand jury minutes breaching his Oath of Office and is also a BRADY violation (Tumey v Ohio 273 US 510 (1927) No Judge may Act as both prosecutor and Adjudicator) Kevin Russo (personal capacity) did this and admitted he can practice law from the bench

See attached

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I have been incarcerated since March 24th 2025 for these unconstitutional acts causing severe mental anguish and Intentional Infliction and Negligent Infliction of Emotional Distress, elevated blood pressure, Anxiety, and Reputational Harm.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I'm seeking monetary relief in the amount of $25,000,000 compensatory and also punitive damages in the amount of $25,000,000 and whatever other relief this honorable court deems lawful

Defendants Continued

5. Correction officer Allisondrinni on July 7th 2025 made me strip in front of him naked without suspecting me of drug smuggling and I was in custody, care and control of deputies the entire time that day plus I went thru a body scanner. The only reason for this was to humiliate, degrade and dehumanize me. (42 USC § 2000 (d)) (8th Amendment cruel punishment) and to punish a pre-trial detainee (Bell v Wolfish 441 U.S. 520)

6. William Allen (personal capacity) arrested me for filming in a public place (Turner v Driver) (Glick v Cuniffe) (1st Amendment Freedom of the Press) 843 F.3d 678 (1st Amendment Freedom of Speech) forbid this action. William Allen also lied under oath in his grand jury testimony by stating I threatened another public servant, this has led to my unlawful incarceration since 3/24/25

7. Rockland County Sheriff Sgt Leech (personal capacity) on 3/24/25 failed to protect my civil rights from being violated breaching his Oath of Office and witnessed my false arrest and did nothing to stop it. He also failed to do his fiduciary duty as a public servant. This action deprived me of my 4th Amendment Right against unlawful Seizure and 18 USC § 241, 242, 245, 514, 1503, 2304

8. Declon Finn (personal capacity) Lied in grand Jury Testimony under Oath stating I threatened another public servant (Mooney) and participated in my arrest for filming in a public place.

9. W Order (personal capacity) Lied in grand jury testimony under oath and on his police report under the penalty of perjury that I threatened a County clerk, this led to my arrest without probable cause or perjury (4th Amendment violation)

10. Richard Sloven (personal capacity) - Lied in grand jury testimony and arrest report under the penalty of perjury that I threatened public servant Mooney when video evidence and Mooney testimony prove this did not happen.

Defendants Continued

11. Officer O'Dell- Lied in his grand jury testimony and his police report under oath by stating that I threatened Courts Clerk Mooney when there is video evidence showing I did not threaten anyone (personal capacity) (4th Amendment charges)

12. Officer Andrew Cullen (personal capacity) - Arrested me for filming in a public place (1st Amendment Freedom of the Press) He also lied on his arrest report under the penalty of perjury that I threatened public servant Mooney when video evidence and Mooney's sworn testimony (4th Amendment Violation)

