UNITED STATES DISTRICT COURT  ~~RECEIVED~~
SOUTHERN DISTRICT OF NEW YORK  SDNY DOCKET UNIT

2026 APR 13  PM 3:41

Charles Bernard Starke, Jr

_____

Write the full name of each plaintiff or petitioner.

-against-

Kelvin Zuniga, et al

Louis Falco IV, et al

Write the full name of each defendant or respondent.

Case No. 1-25 cv 03108

25cv7884

NOTICE OF MOTION

PLEASE TAKE NOTICE that _Plaintiff_
                          plaintiff or defendant    na

requests that the Court: To please pause this b
#1-25-cv-03108 and 1-25-cv-7884 until my st
I will start pre-Trial proceedings on 6/10/26

Briefly describe what you want the court to do. You should also include
the statute under which you are making the motion, if you know.

┌─────────────────────────────────────────────┐
│ Application denied.                          │
│                                              │
│ The Clerk of Court is respectfully directed to│
│ terminate the motion sequences pending at Doc.│
│ 93 (Index No. 25-cv-3108) and Doc. 31 (Index │
│ No. 25-cv-7884) and mail a copy of this Order to│
│ Plaintiff.                                   │
│                                              │
│ SO ORDERED.                                  │
│                                              │
│ _(signature)_                                │
│ Philip M. Halpern                            │
│ United States District Judge                 │
│                                              │
│ Dated:  White Plains, New York               │
│         April 15, 2026                       │
└─────────────────────────────────────────────┘

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:  Starke v. Fuentes et al

25cv3108 / 25-cv-7884

April 6th 2026
Dated

Charles Bernard Starke, Jr
Name

53 Hempstead Road
Address

(531) 232-3500 (Cassandra Charlie Garcia)
Telephone Number (if available)

_(signature)_
Signature

249624
Prison Identification # (if incarcerated)

New City          ny        10956
City              State     Zip Code

Cookies4babe@gmail.com
E-mail Address (if available)

Charles Bernard Starks, Jr
53 Hempstead Road
New City, NY 10956

Legal Mail
WESTCHESTER NY  105
9 APR 2026  PM 2  L



★ USA ★ FOREVER ★

US Court Southern District of New York
ATTN: Clerk of Court
300 Quarropes Street
White Plains, NY 10601



RECEIVED
SDNY DOCKET UNIT
2026 APR 13  PM 3: 41

10601-414000





RECEIVED

APR 13 2026

U.S.D.C.
W.P.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



© USPS 2019