UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES BERNARD STARKE,

Plaintiff,

-against-

ROCKLAND COUNTY, et al.,

Defendants.

**ORDER**

25-CV-07884 (PMH)

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on September 22, 2025. (Doc. 1). Defendants Allen and Cullen filed answers to the complaint on March 16, 2026 (Docs. 29, 30), and Defendants Rockland County, Lt. Louis Falco IV, Alessandrini, and Leach ("Moving Defendants") sought leave to move to dismiss the complaint on February 24, 2026 (Doc. 21). The Court granted the Moving Defendants permission to move to dismiss the SAC on March 9, 2026 and entered a briefing schedule. (Doc. 27). On April 29, 2026, the Moving Defendants filed their motion to dismiss. (Doc. 36). Plaintiff's opposition was due by May 29, 2026. (*See* Doc. 34). The Court, upon receiving information from Plaintiff on or about May 27, 2026 that his address had been changed, granted an extension to the briefing schedule. (Doc. 46). Accordingly, Plaintiff's opposition was due July 1, 2026. (*Id.*). To date, Plaintiff has not filed an opposition to the motion or sought an additional extension of time to file an opposition brief.

Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until September 4, 2026. Moving Defendants' reply, if any, is due September 18, 2026.

**<u>If plaintiff fails to file his opposition by September 4, 2026, the motion may be deemed fully submitted and unopposed. No further extensions of time will likely be granted.</u>**

The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: White Plains, New York
August 4, 2026

SO ORDERED:

Philip M. Halpern
United States District Judge